FILED
2018 Dec-14 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| DONNA SUZANNE LOEBLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:18-cv-00194-LCB |
| ) | |
| SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant. | |

## MEMORANDUM OPINION AND ORDER

On November 28, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On December 12, 2018, Plaintiff filed objections to the report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and Plaintiff's objections, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the decision of the Commissioner be affirmed and **OVERRULES** Plaintiff's objections.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** this December 14, 2018.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE